# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wei Wang, | No. CV-24-00250-TUC-AMM (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

On August 6, 2025, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") recommending this Court grant Defendant Experian Information Solutions, Inc.'s Motion to Compel Arbitration and stay this matter pending arbitration. (Doc. 56.) Judge Markovich notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 18.) Neither party filed an objection, and the time to do so has now passed.

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations" of the magistrate judge. 28 U.S.C. § 636(b)(1).

The Court has reviewed the Magistrate Judge's R&R (Doc. 56), the parties' briefs (Docs. 33, 35–36), and the record. The Court finds no clear error and agrees with the Magistrate Judge's findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED.** (Doc. 56.)

**IT IS FURTHER ORDERED** that Defendant "Experian Information Solutions, Inc.'s Notice of Motion and Motion to Compel Arbitration; Memorandum of Law in Support Thereof" is **GRANTED**. (Doc. 33.)

**IT IS FURTHER ORDERED** that this matter is **STAYED** pending arbitration.

Dated this 21st day of August, 2025.

Honorable Angela M. Martinez
United States District Judge